UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMBISHA SHOSHONE, et al., | 1:09-cv-2230 OWW |
| Plaintiffs, | NOTICE OF INTENT TO TRANSFER CASE |
| v. | |
| KENNEDY, et al., | |
| Defendants. | |

Pursuant to the provisions of Eastern District Local Rule of Court 83-123(a)(3) and (4), and 83-123(b), it appears that this case is related to *Timbisha Shoshone Tribe v. Kennedy*, 1:09-cv-1248 LJO SMS. The case appears to involve similar subject matter, law, and parties. The parties shall, within ten (10) days, provide written statements of any cause why this case should not be reassigned to United States District Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

Dated: February 12, 2010         /s/ Oliver W. Wanger
                               UNITED STATES DISTRICT JUDGE

1