# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMBISHA SHOSHONE TRIBE, EDWARD BEAMAN, VIRGINIA BECK, and CLEAVELAND LYLE CASEY,<br><br>                 Plaintiffs,<br><br>     vs.<br><br>KEN SALAZAR, LARRY ECHO HAWK, DALE MORRIS, TROY BURDICK, and UNITED STATES DEPARTMENT OF INTERIOR,<br>                 Defendants.<br>_____/ | CASE NO. CV F 09-2230 LJO SMS<br><br>**ORDER TO DISMISS AND CLOSE** (Doc. 26) |

On March 25, 2010, plaintiffs Timbisha Shoshone Tribe, Edward Beaman, Virginia Beck and Cleaveland Lyle Casey ("plaintiffs") filed a notice of voluntary dismissal under the caption of a motion to dismiss (Doc. 28). Defendants Ken Salazar, Larry Echo Hawk, Dale Morris, and the United States Department of Interior ("defendants") filed a statement of non-opposition to plaintiffs' motion to dismiss. Defendants have not filed an answer to plaintiffs' December 23, 2009 complaint nor a summary judgment motion.

Pursuant to Fed. R. Civ. P. 41(a), and on the basis of good cause, this action is DISMISSED. All dates, including the April 13, 2010 motion hearing, are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   March 26, 2010**                           /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE